Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−27553−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Deneen I. Higginbotham
 4 Vanmeter Terrace
 Salem, NJ 08079

Social Security No.:
 xxx−xx−5447

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

 NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/20/18.

 Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 20, 2018
JAN: bc

 Jeanne Naughton
 Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 17-27553-ABA
Deneen I. Higginbotham                                              Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Aug 20, 2018
                              Form ID: 148             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db             +Deneen I. Higginbotham,    4 Vanmeter Terrace,    Salem, NJ 08079-1415
517036576      +City of Salem,    Water/Sewer Department,    17 New Market St,   Salem, NJ 08079-1408
517036579      +DiNicola & DiNicola, LLC,    381 S Golfwood Ave,    Penns Grove, NJ 08069-2852
517036580      +KML Law Group, PC,   216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517135591      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517036581      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2018 23:41:24     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2018 23:41:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: lhogan@deepwaterind.org Aug 20 2018 23:42:21     DIFCU,   565 North Broadway,
                 PO Box 42,   Deepwater, NJ 08023-0042
517036577       E-mail/Text: lhogan@deepwaterind.org Aug 20 2018 23:42:21     D I F C U,   565 N Broadway,
                 Deepwater, NJ 08023
517036578      +E-mail/Text: lhogan@deepwaterind.org Aug 20 2018 23:42:21     D I F C U,   565 N. Broadway,
                 Po Box 42,   Deepwater, NJ 08023-0042
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Lee Martin Perlman    on behalf of Debtor Deneen I. Higginbotham ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Robert J. Malloy    on behalf of Creditor    DIFCU ecf.rjmalloylaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```